STATE OF CONNECTICUT *v.* DANTE BOND

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 183 (AC 16306), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal on the following issues:

"1. Did the Appellate Court properly conclude that the trial court's comment about the existence of a criminal conspiracy, made during its jury instruction on accomplice testimony, only implicated general principles of credibility and, therefore, did not merit review under *State* v. *Golding*, 213 Conn. 233, 567 A.2d 823 (1989)?

"2. If review is warranted, did the trial court's comment deprive the defendant of a fair trial?"

*Glenn W. Falk*, special public defender, in support of the petition.

*Linda N. Howe*, assistant state's attorney, in opposition.